*Wednesday, November 28, 2001*

## MOTION DOCKET

**00–1705. Cincinnati v. Beretta U.S.A. Corp.**
Hamilton App. Nos. C–990729, C–990814 and C–990815. This cause is pending before the court as an. appeal from the Court of Appeals for Hamilton County. Upon consideration of the motions of appellee Sturm & Ruger Co., Inc., for leave to provide citation of additional authority,

IT IS ORDERED by the court that the motions for leave to provide citation of additional authority be, and hereby are, granted, and appellee may file the citations to the additional authorities within seven days of the date of this entry.

## RECONSIDERATION DOCKET

**01–1931. State ex rel. Harson Invest., Florida L.P. v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 19015. Reported at 93 Ohio St.3d 1471, 757 N.E.2d 770. This cause came on for further consideration upon appellant's motion for expedited reconsideration, motion for emergency stay, and motion for an expedited briefing schedule. Upon consideration thereof,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

RESNICK, J., concurs except that she would grant the motion for expedited briefing schedule. PFEIFER, J., not participating.

## DISCIPLINARY DOCKET

**89–1101. Disciplinary Counsel v. Morford.**
On June 21, 2001, respondent, Warren N. Morford, Jr., a.k.a. Warren Newton Morford, Jr., filed an amended application for termination of probation, and on July 2, 2001, relator, Disciplinary Counsel, filed its Report Regarding Probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D), and with its order dated January 5, 1999, in which respondent was reinstated to the practice of law contingent on his successful completion of a two-year probationary period on condition that all court-determined child-support arrearages be paid in full within two years.

THEREFORE, IT IS ORDERED by the court that the probation of respondent, Warren N. Morford, Jr., a.k.a. Warren Newton Morford, Jr., Attorney Registration No. 0038031, last known business address in Chesapeake, Ohio, be, and hereby is, terminated.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

LUNDBERG STRATTON, J., concurs and would also grant reinstatement.